IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McMAHON and BRIAN COUCH,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF WEST SACRAMENTO; West Sacramento Police Officer DAVID STALLIONS (Badge #150); Yolo County Sheriff's Deputy LORI OLSON (Badge #112); Yolo County Sheriff's Sergeant AL DOLLAR (Badge # 33);); Yolo County Sheriff's Deputy BRIAN GRIEP (Badge #141),<br><br>　　　　Defendants.<br>_____ | 2:10-cv-02309-GEB-GGH<br><br><br>ORDER |

　　　On February 1, 2012, the parties filed a Stipulation to have this case "assigned for all purposes, including trial, to the Honorable Gregory G. Hollows, Magistrate Judge[.]" (ECF No. 14.)

　　　If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated.  <u>See</u> Local Rule 305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  February 3, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' stipulation and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:10-cv-02309-GGH. Further, any matter currently scheduled before the District Judge is vacated.

IT IS SO ORDERED.

DATED: February 3, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

mcmahon2309.consent