IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McMAHON, et al.,

    Plaintiffs,

v.                                      NO. CIV. S-10-2309 GGH

CITY OF WEST SACRAMENTO, et al.,

    Defendants.         <u>ORDER</u>

        The parties have filed a stipulated request to continue the trial date in this case, based on a scheduling conflict. Good cause appearing, IT IS ORDERED that:

        1. The pretrial conference is continued from May 24, 2012 to September 20, 2012 at 10:00 a.m.

        2. Jury trial is continued from September 10, 2012 to October 29, 2012 at 9:00 a.m. All other provisions of the previous scheduling orders remain in effect.

DATED: April 11, 2012

                                      /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH/076
McMahon2309.sch.wpd

1