IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McMAHON, et al.,

        Plaintiffs,

   v.                                                                  NO. 2:10-cv-2309 GGH

CITY OF WEST SACRAMENTO, et al.,

                                     /                                    ORDER

        The parties have notified the court that this case has settled.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Dispositional papers shall be filed within thirty days of this order;

        2. All previously scheduled court dates are vacated;

        3. The court appreciates the efforts of the parties and counsel in resolving this case.

DATED: September 13, 2012

                                  /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:076/McMahon2309.set.wpd

1