BRUCE A. KILDAY, ESQ., SB No. 066415
Email: bkilday@akk-law.com
CARRIE A. FREDERICKSON, SB No. 245199
Email: cfrederickson@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF WEST SACRAMENTO, WEST SACRAMENTO POLICE OFFICER DAVID STALLIONS, YOLO COUNTY SHERIFF'S SGT. AL DOLLAR, YOLO COUNTY SHERIFF'S DEPUTIES LORI OLSON and BRIAN GRIEP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McMAHON and BRIAN COUCH, | Case No.: 10-cv-02309-GGH |
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND ORDER** |
| vs. | |
| CITY OF WEST SACRAMENTO, et al., | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate to the entry of an order dismissing this action in its entirety, with prejudice, which each party to bear its/his/her own fees and costs, including all attorneys' fees.

Dated: September 14, 2012                     LAW OFFICES OF STEWART KATZ

                                              */s/ Stewart Katz*
                                              By:_____
                                                 STEWART KATZ
                                                 Attorneys for Plaintiffs

///

///

---

-1-
**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**

Dated:  September 17, 2012                ANGELO, KILDAY & KILDUFF, LLP

*/s/ Carrie A. Frederickson*
By:_____
  BRUCE A. KILDAY
  CARRIE A. FREDERICKSON
  Attorneys for Defendants

## **ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear its/his own fees and costs, including attorneys' fees.

Dated: September 20, 2012            /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE